JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARLOS VALLE,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH DIAZ,<br><br>    Respondent. | Case No. 20-8927-AB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Lack of Jurisdiction and Denying a Certificate of Appealability filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice to refiling after Petitioner obtains permission from the Ninth Circuit to do so.

DATED: October 15, 2020

ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE